AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Rodrigo Salinas-Losoya

**CRIMINAL COMPLAINT**

Case Number: M-19-0931-M

IAE    YOB: 1988
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 24, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Rodrigo Salinas-Losoya was encountered by Border Patrol Agents near Penitas, Texas on April 24, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 24, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 21, 2018 through Alexandria, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 13, 2016, the Defendant was convicted of 21 USC 846 & 841 Conspiracy To Possess With Intent To Distribute and Distribution of Methamphetamine and Other Controlled Substances and was sentenced to fifty (50) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by AUSA S. DIPIAZZA 4/25/19 @ 8:34 am
So, Piazza

Sworn to before me and subscribed in my presence,

April 25, 2019 - 8:45 c.m.

Juan F. Alanis                    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Julio C. Pena                    Senior Patrol Agent

Signature of Judicial Officer